# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CAITLYN MASON, <br><br> Plaintiff, <br><br> v. <br><br> THE STARK COLLECTION AGENCY INC., <br><br> Defendant. | Case No. 23-CV-1298-JPS <br><br><br> **SCHEDULING ORDER** |

In order that the above-captioned litigation—now pending since September 2023—be brought to conclusion, the following dates have been set:

**INTERIM SETTLEMENT REPORT:** Friday, July 26, 2024

**DISPOSITIVE MOTIONS:** Friday, August 2, 2024

Unless otherwise specified, the parties should follow the standard deadlines as set by the Federal Rules of Civil Procedure and the local rules. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2023.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge